SIERRA–VISTA HOSPITAL, INC., etc., et al., Plaintiffs-Appellants,

v.

Joseph CALIFANO,* Secretary, etc., et al., Defendants-Appellees.

No. 75–2738.

United States Court of Appeals, Ninth Circuit.

April 2, 1979.

Robert A. Klein, Weissburg & Aronson, Inc., Los Angeles, Cal., for plaintiffs-appellants.

Carolyn Reynolds, Asst. U. S. Atty., Los Angeles, Cal., for defendants-appellees.

Before BARNES, HUFSTEDLER and TANG, Circuit Judges.

PER CURIAM.

The cause is ordered resubmitted.

The cause is remanded forthwith to the district court with directions to transfer the cause to the United States Court of Claims. (*E. g., Sherar v. Harless*, 561 F.2d 791 (9th Cir. 1977); *Dr. John T. MacDonald Foundation v. Califano*, 571 F.2d 328 (5th Cir. 1978).)

* Submitted *sub nom. Sierra-Vista Hospital, Inc., etc. v. Casper W. Weinberger.*